*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

April 27, 2020

**VIA ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



Re:   *Dzhabrailov v. Decker*, 20 Civ. 3118 (KPF)

Dear Judge Failla:

    This Office represents the government in the above-referenced immigration habeas matter. The government's deadline to respond to the habeas petition is today. In advance, I write respectfully to request permission to file under seal the petitioner's medical records from the Orange County Jail. The government understands that, pursuant to Rule 9.A of this Court's Individual Rules of Practice for Civil Cases, parties may, without prior Court approval, redact from their public filings certain categories of information requiring caution described in the Privacy Policy, which includes medical records. However, the government seeks to file the documents in their entirety under seal, and thus, out of an abundance of caution, submits this request for leave to do so. Consistent with Rule 9.C of this Court's Individual Rules, these documents will be filed under seal on ECF and electronically related to this letter motion. Counsel for the petitioner consents to this request to seal the petitioner's medical records.

    I thank the Court for its consideration of this request.

    Respectfully,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

by:   */s/ Brandon M. Waterman*
    BRANDON M. WATERMAN
    Assistant United States Attorney
    86 Chambers Street, 3rd floor
    New York, NY 10007
    Tel:   (212) 637-2741

cc: Counsel of Record (via ECF)

Application GRANTED.  The Government is permitted to electronically file under seal information relating to Petitioner's medical condition.  The documents shall be filed as viewable to the Court and parties only.

```
Dated:     April 27, 2020              SO ORDERED.
           New York, New York
```

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE