UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ADAM SHAMADOVICH DZHABRAILOV

                        Petitioner,                        20 **CIVIL** 3118 (PMH)

        -against-                                 **JUDGMENT**

THOMAS DECKER, in his official capacity as
Director of the New York Field Office of the U.S.
Immigrations and Customs Enforcement, Chad Wolfe,
in his official capacity as Acting Secretary of the U.S.
Department of Homeland Security, and Carle Dubois,
in his official capacity as Sheriff of Orange County,
New York,

                        Respondents.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 26, 2020, Petitioner's motion for a preliminary injunction is denied and Petitioner's habeas petition is dismissed; accordingly, the case is closed.

**DATED:**  New York, New York
              May 27, 2020

                                                        **RUBY J. KRAJICK**
                                                         _____
                                                               **Clerk of Court**
                                       **BY:**
                                                                 **Deputy Clerk**